UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

CARL RINSCH,

      Defendant.

25 Cr. 85 (JSR)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel for Defendant Carl Rinsch in this case.

Dated:    April 28, 2025
             New York, New York

Respectfully submitted,

/s/ Neil Kelly
Neil P. Kelly
FEDERAL DEFENDERS OF NEW YORK, INC.
52 Duane Street, 10th Floor
New York, NY 10007
Tel.: (212) 417-8700
Email: neil_kelly@fd.org