```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>CARL ERIK RINSCH,<br><br>        Defendant. | 25-cr-85 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

This Order serves to confirm the schedule set on consent at a telephone conference held with the Court and all counsel on June 6, 2025:

- August 18, 2025: Defendant's Rule 12.2 disclosure to be filed. Defendant's pretrial motions to be filed.

- August 19, 2025: Conference on defense motions to be held in courtroom 14B at 4 PM.

- October 27, 2025: Expert disclosures from each side to be filed.

- November 3, 2025: Initial Government exhibit list and section 3500 materials must be disclosed to the defense.

- November 12, 2025: Motions in limine to be exchanged.

- November 19, 2025: Oppositions to motions in limine to be exchanged and all motions in limine materials to be filed with the Court.

- November 25, 2025: Final pretrial conference to be held in courtroom 14B at 3 PM. The parties' requests to charge and proposed voir dire to be filed with the Court.

- December 1, 2025: Defendant's Rule 26.2 material is due. Initial Defense exhibit list must be disclosed to the Government.

- December 2, 2025, at 9:30 AM: The trial will begin in courtroom 14B.

SO ORDERED.

New York, NY
6/6, 2025

JED S. RAKOFF, U.S.D.J.