

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
New York, NY 10007

    Re:    *United States v. Carl Erik Rinsch*, 25 Cr. 085 (JSR)

Dear Judge Rakoff:

    As directed by the Court during the parties' June 6, 2025 telephonic conference, the Government respectfully submits this letter to request that the Court exclude time to and through December 2, 2025, the date that trial is scheduled to commence, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

    On April 3, 2025, the Court scheduled trial to commence on September 8, 2025, and excluded time to and through that date. On June 6, 2025, the Court adjourned trial, at the request of the defense, until December 2, 2025. The Government requests that the Court exclude time through that date.

    The Government respectfully submits that the ends of justice served by this exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. As the Court is aware, the volume of discovery in this case is substantial, and includes hundreds of thousands of pages and several electronic devices. Moreover, the defense has indicated that they anticipate engaging an expert witness. Accordingly, excluding time would serve the ends of justice by permitting the defense additional time to review the discovery, conduct additional investigations into the facts of the case, and prepare for trial.

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney

                                 By: _____
                                    Timothy Capozzi / David A. Markewitz
                                    Assistant United States Attorneys
                                    212-637-2404 / 914-993-1920

Cc:    Counsel of Record (by ECF)

SO ORDERED

_____
J S R
USDJ
6-9-25