```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :   TRANSPORTATION ORDER

        - v -                       :   25 Cr. 085 (JSR)

Carl Erik Rinsch,                   :

                Defendant.          :
------------------------------------x
```

Upon the application of **Carl Erik Rinsch**, by his attorney, **Ariel Werner, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service arrange for Mr. Rinsch's means of noncustodial transportation from Los Angeles, California to New York, New York, or furnish the fare for such transportation, for Mr. Rinsch's court appearance, scheduled for August 19, 2025, at 4:00 PM, and it is hereby

**ORDERED** that it should be arranged for Mr. Rinsch to arrive in New York by the evening of August 18, 2025; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          SO ORDERED:
        August 11, 2025

                                    _____
                                    HONORABLE JED S. RAKOFF
                                    United States District Judge