```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,           TRANSPORTATION ORDER

            -v.-                    Case No. 25-cr-085(JSR)

CARL ERIK RINSCH,

            Defendant.
---------------------------------X
```

Upon the application of **Carl Erik Rinsch**, by his attorney, **Daniel A. McGuinness**, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED**, that the United States Marshals Service arrange for Mr. Rinsch's means of noncustodial transportation from New York, New York to Los Angeles, California or furnish the fare for such transportation, to return home from a court appearance, and it is hereby

**ORDERED** that it should be arranged for Mr. Rinsch to depart on August 19, 2025; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, NY          SO ORDERED:
       August 19, 2025

                             _____
                             HONORABLE JED S. RAKOFF United
                             States District Judge