UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v.-　　　　　　　　　　　　　　　Case No. 25-cr-85(JSR)

CARL ERIK RINSCH,　　　　　　　　　　　**ORDER**

                Defendant.

-------------------------------------------------------X

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for CARL ERIK RINSCH, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes of a hearing and meeting with his attorneys on September 30, 2025 to be transported from the Southern District of New York to his home in Los Angeles and lodging for one night, pursuant to 18 U.S.C. 3006A(e)(1), and upon a finding of indigence and in the interests of justice;

**IT IS** on this 26th day of September 2025

**ORDERED**, that the Daniel A. McGuinness shall be authorized to utilize CJA funds to book via National Travel a commercial economy-class, one-way ticket, for CARL ERIK RINSCH, to fly from to New York, New York to Los Angeles, California on September 30, 2025; and to be reimbursed for the cost of one night of lodging for CARL ERIK RINSCH at a New York City hotel at or below the Government Services Administration rate of $342 per night, and any reasonable cost of ground transportation for CARL ERIK RINSCH from the courthouse to the departing New

York City airport on September 30, 2025 and from the arriving Los Angeles Airport to his home.

Dated: September 26, 2025
      New York, NY

**SO ORDERED:**

_____
HONORABLE JED S. RAKOFF
United States District Judge