UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-

CARL ERIK RINSCH,

           Defendant.

------------------------------------------------------X

Case No. 25-cr-85(JSR)

**ORDER**

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for CARL ERIK RINSCH, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes of a hearing on September 30, 2025 to be transported to the Southern District of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice;

**IT IS** on this 26th day of September 2025

**ORDERED**, that the U.S. Marshal shall arrange noncustodial transport, via commercial economy-class, one-way ticket, for CARL ERIC RINSCH, to fly from Los Angeles, California to New York, New York on September 29, 2025.

Dated: September 26, 2025
       New York, NY

**SO ORDERED:**

_____
HONORABLE JED S. RAKOFF
United States District Judge