UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  -v-<br><br>CARL ERIK RINSCH,<br><br>    Defendant. | 25-cr-85 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On August 18, 2025, defendant Carl Erik Rinsch filed four pretrial motions. See ECF Nos. 22, 24, 26, 28. He moved to (1) suppress evidence obtained pursuant to two warrants he contends violated the Fourth Amendment, (2) dismiss Counts Three through Seven of the indictment on the ground that 18 U.S.C. § 1957 is unconstitutional, (3) require the government to furnish a bill of particulars as to Count One, which charges wire fraud, and (4) dismiss or transfer the case for improper venue. The Government filed a consolidated opposition on September 16, 2025. See ECF No. 34. The Court heard oral argument on September 30, 2025, and promised a "bottom line" decision by today, to be followed by a written opinion in due course.

    Upon full consideration of the parties' written submissions and oral argument, the Court hereby denies the first, second, and fourth of defendant's aforesaid motions, but grants the third motion, i.e., the request for a bill of particulars on Count One. The Government is ordered to provide the defendant, by no later than close of business on November 24, 2025, with a specification of each of the materially

1

false statements that it will contend at trial were made by the defendant or his agents to the victim of the defendant's allegedly fraudulent scheme for the purpose of executing that scheme.

    The Clerk of Court is respectfully directed to close the motions at docket numbers 22, 24, 26, and 28.

    SO ORDERED.

Dated:   New York, NY
           October 1, 2025

JED S. RAKOFF, U.S.D.J.