UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARL ERIK RINSCH,<br><br>                    Defendant. | 25 Cr. 085 (JSR) |

**THE GOVERNMENT'S PROPOSED EXAMINATION OF PROSPECTIVE JURORS**

JAY CLAYTON
United States Attorney for the
Southern District of New York

Timothy Capozzi
David Markewitz
Adam Sowlati
   *Of Counsel*

The Government respectfully requests, pursuant to Federal Rule of Criminal Procedure 24(a), that in addition to its customary questions posed to prospective jurors on *voir dire*, the Court ask each prospective juror the following questions[1]:

**A.      Views of the Government & the Alleged Victim**

    1.   Have you, any member of your family, or any close friend:

        a.   Ever been the subject of an investigation by an agency of the United States or state or local government?

        b.   Ever been a defendant in a suit brought by the federal government or any state or local government?

        c.   Ever been accused or convicted of a crime?

    2.   The victim of one of the alleged crimes in this case is the streaming company Netflix. Do you have any strong views about Netflix, either positive or negative, that would impact the way you might view this case?

**B.      Witnesses**

    3.   The witnesses in this case may include (i) employees of the Internal Revenue Service and the Federal Bureau of Investigation; (ii) the defendant's former spouse; and (iii) current or former executives of Netflix, Amazon, and Paramount.

        a.   Would you be any more or less likely to believe a witness merely because he or she is a law enforcement officer or an employee of the IRS or the FBI?

        b.   Would you be any more or less likely to believe a witness merely because she was previously married to the defendant?

        c.   Would you be any more or less likely to believe a witness because he or she is or was an executive of Netflix, Amazon, or Paramount.

---

[1] The Government will separately provide the Court with a list of relevant names and witnesses for inclusion in the Court's standard question about whether any prospective juror knows the witnesses or certain other persons that may be mentioned during the trial.

4. One or more witnesses testifying in this trial may be doing so under what is called a non-prosecution agreement with the Government. While that agreement is not an admission or accusation that the witness committed any crimes, it does say that the Government will not prosecute the witness for certain conduct.

    a. Do you have any experience with or feelings about witnesses who receive a non-prosecution agreement that would make it difficult for you to render a fair and impartial verdict?

    b. Would you have any bias for or against the Government because of evidence obtained in this manner?

    c. Would you be more or less likely to believe a witness because they are testifying under a non-prosecution agreement?

**C.  Other General Questions**

5. Certain events in this case occurred during and concern the COVID-19 pandemic. Is there anything about the COVID-19 pandemic or your experiences during that time that would prevent you from fairly and impartially considering the evidence in this case?

6. Do you have any religions, philosophical, or other beliefs that might make it difficult for you to render a verdict in this case or would impact the way you might view this case?

**D.  Background & Affiliations**

7. How old are you?

8. What is the highest level of schooling you completed?

9. What is your occupation? [*If retired, what was your former occupation?*]

10. What is your current employment status?

11. [*If employed*]: What is the name of your employer?

12. How long have you been employed in your current job? [*If present employment is for less than five years, please inquire as to prior employment.*]

13. Have you ever invested in or traded in stock options?

14. Are you married or in a domestic partnership?

15. Have you or your family members ever worked in the entertainment industry?

16. [*If married or has domestic partner*]: What is your spouse's or partner's profession, business, or occupation?

Dated:    New York, New York
         November 25, 2025

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney
                                        Southern District of New York


                                    By: /s/_____
                                        Timothy Capozzi
                                        David A. Markewitz
                                        Adam Sowlati
                                        Assistant United States Attorneys
                                        Southern District of New York

3