UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CARL ERIK RINSCH,<br><br>Defendant. | 25-cr-85 (JSR) |

## VERDICT

As to **Count One**, wire fraud, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

**[If you find guilty, proceed to the other counts. If you find not-guilty, skip the other counts.]**

As to **Count Two**, money laundering, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

As to **Count Three**, engaging in a specified unlawful monetary transaction of about $8,500,000, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

As to **Count Four**, engaging in a specified unlawful monetary transaction of about $168,349.57, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

As to **Count Five**, engaging in a specified unlawful monetary transaction of about $341,412.72, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

As to **Count Six**, engaging in a specified unlawful monetary transaction of about $26,385.15, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

As to **Count Seven**, engaging in a specified unlawful monetary transaction of about $150,000, we the Jury find the defendant, Carl Erik Rinsch:

☒ Guilty

☐ Not-Guilty

Dated: 12/11/2025                              _____
                                                                    Foreperson

2