UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ UNITED STATES OF AMERICA,            │
│                                      │
│        -v-                           │
│                                      │
│ CARL ERIK RINSCH,                    │
│                                      │
│             Defendant.               │
└─────────────────────────────────────┘
```

25-cr-85 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

        Defendant Carl Erik Rinsch's request for new counsel is denied

for the reasons set forth in an accompanying Memorandum Order filed

under seal.

        SO ORDERED.

New York, NY
March 2, 2026

JED S. RAKOFF, U.S.D.J.