UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

        -v-

CARL ERIK RINSCH,

        Defendant.
```

25-cr-85 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Upon discussion with the parties, the Court hereby adopts the following schedule in this case:

- Sentencing is set for June 29, 2026 at 11:00 a.m.;

- The expert medical report evaluating the defendant will be due May 20, 2026;

- Defense counsel's sentencing submission will be due May 26, 2026;

- The Government's sentencing submission will be due June 16, 2026;

- Defense counsel's reply will be due June 23, 2026.

SO ORDERED.

New York, NY
May 4, 2026

_____
JED S. RAKOFF, U.S.D.J.