Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

**United States District Court**

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

Caption:

United States of America _____ v.

Carl Erik Rinsch

Docket No.: 25-CR-85

Hon. Jed S. Rakoff

(District Court Judge)

Notice is hereby given that __Carl Erik Rinsch__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on __6/30/2026__.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: __6/29/2026__ N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |

Appellant is represented by counsel? Yes ✓| No | If yes, provide the following information:

Defendant's Counsel: **Daniel McGuinness**

Counsel's Address: 353 Lexington Ave., Suite 900

New York, NY 10016

Counsel's Phone: (646) 360-0436

Assistant U.S. Attorney: **David Markewitz**

AUSA's Address: 26 Federal Plaza

New York, NY 10278

AUSA's Phone: (212) 637-2260

_____
Signature