

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2025

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
New York, NY 10007

      Re:    *United States v. Carl Erik Rinsch*, 25 Cr. 085 (JSR)

Dear Judge Rakoff:

      During the sentencing hearing in this matter, the Court stated that it required additional information before ruling on the amount of restitution to which the victim of the defendant's fraud was entitled for legal fees and expenses it incurred as part of the prosecution of this matter. As set forth in an additional victim impact statement separately provided to the Court, the victim—Netflix—is now seeking to recover $523,848.87 in legal fees and expenses, in addition to the $11 million that the defendant stole, for a total restitution amount of $11,523,848.87. For the reasons set forth in its prior sentencing submission and as laid out during the sentencing hearing, the Government supports Netflix's request.

      A revised proposed restitution order is attached as Exhibit A to this letter. This proposed order is substantively identical to the order provided to the Court as part of the Government's sentencing memorandum, except that this order (i) revises the total restitution amount in line with what the victim is now seeking; and (ii) reflects the Court's modifications during the sentencing hearing to the previously proposed payment schedule.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Timothy Capozzi/David Markewitz/Adam Sowlati
      Assistant United States Attorneys
      212-637-2404 / -1920 / -2438

Cc:    Counsel of Record (by ECF)

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

v.

CARL ERIK RINSCH

**[Proposed]**
**Order of Restitution**

25 Cr. 85 (JSR)

_____

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Timothy Capozzi, David Markewitz, and

Adam Sowlati, Assistant United States Attorneys, of counsel; the presentence investigation report;

the defendant's conviction on Counts One through Seven of the Indictment; and all other

proceedings in this case, it is hereby ORDERED that:

### 1. <u>Amount of Restitution</u>

Carl Erik Rinsch, the defendant, shall pay restitution in the total amount of

$11,523,848.87, pursuant to 18 U.S.C. § 3663A(a)(1), to the victim of the offense charged in Count

One. The name, address, and specific amount owed to the victim is set forth in the Schedule of

Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a

change of address of a victim, the Clerk of Court is authorized to send payments to the new address

without further order of this Court.

Restitution is not joint and several with other defendants or with others not named herein.

### 2. <u>Schedule of Payments</u>

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial

resources and other assets of the defendant, including whether any of these assets are jointly

controlled; projected earnings and other income of the defendant; and any financial obligations of

the defendant; including obligations to dependents, the defendant shall pay restitution in the

manner and according to the schedule that follows: The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the 15th of each month, beginning the second month after the defendant completes his term of imprisonment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5.      Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____          _____
HONORABLE JED S. RAKOFF                          DATE
UNITED STATES DISTRICT JUDGE

3

## **Schedule A**

**Victim**
Netflix, Inc.
Attn: Clare Tan, Netflix Treasury Team
121 Albright Way
Los Gatos, CA 95032

**Amount**
$11,523,848.87