UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ERIK RINSCH,

Defendant.

25-cr-85 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 29, 2026, the Court sentenced Carl Rinsch to a custodial sentence and, among other directives, awarded the victim, Netflix, restitution of at least $11 million (the amount of which Mr. Rinsch had already defrauded Netflix), plus interest. There remained a dispute, however, as to whether Netflix was entitled to additional restitution for, e.g., helping to prepare witnesses for trial, and, if so, in what amount. The Court therefore asked the parties to try to work out between themselves what additional expenses, if any, Netflix was entitled to by way of restitution. Regretfully, the parties were unable to reach an agreement. Netflix then submitted a further proposal for $542,848.87 in legal fees and expenses, many of which Rinsch disputed in whole or in part, see Letter from Daniel McGuinness, Esq., ECF No. 100. Upon consideration, the Court substantially agrees with Rinsch's objections and, in addition, finds that many of the expenses claimed by Netflix are inappropriate or excessive. Rather than prolonging this dispute further, however, the Court

1

exercises its discretion to add nothing to the restitution amount of $11 million plus interest already awarded. See United States v. Cuti, 766 F.3d at 199, 212 (2d Cir. 2014). An amended judgment reflecting this conclusion will shortly issue.

    SO ORDERED.

New York, NY
July 17, 2026

JED S. RAKOFF, U.S.D.J.

2