# Law Offices of

# Daniel A. McGuinness, P.C.

### 353 Lexington Ave., Suite 900, New York, NY 10016
### Tel: (646) 360-0436 · Fax (888) 679-0585 · Dan@LegalMCG.com

July 23, 2026

**VIA ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Carl Erik Rinsch, 25-cr-85(JSR)

Dear Judge Rakoff:

      I represent Carl Erik Rinsch in the above-captioned matter. I am writing to respectfully request the Court terminate my representation and that of my co-counsel, Benjamin Zeman, as counsel in this matter. In the appeal of this matter, *United States v. Rinsch*, No. 26-1816, I moved to be relieved as counsel due to a conflict arising from a difference of strategy with Mr. Rinsch (ECF No. 9) and was replaced by CJA counsel Murray Singer (ECF No. 12). Mr. Rinsch does not presently have any matters before this Court requiring representation. Should matters arise prior to his surrender date (e.g., bail pending appeal, extension of surrender date) they can be handled by his appellate counsel. As such, I respectfully request that the Court remove Mr. Zeman and myself as counsel of record in this matter.

      I thank the Court for its continued attention to this matter.

                          Respectfully submitted,

*SO ORDERED*

*[signature]*
7-24-26

                          Daniel McGuinness

Cc: All counsel (via ECF)