IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL RINSCH,<br><br>Defendant. | Case No.: 25 CR 85 (JSR) |

# [PROPOSED] ORDER PERMITTING MOTION TO BE FILED UNDER SEAL

The Court hereby grants Defendant's motion to file under seal his motion to continue bail pending a petition for habeas corpus, or, in the alternative, to adjourn Defendant's surrender date and any exhibits. A redacted copy of the motion shall be publicly filed.

Date: 8/27/26

Hon. Jed S. Rakoff
United States District Court