UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CARL ERIK RINSCH,<br><br>Defendant. | 25-cr-85 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 11, 2025, a jury found defendant Rinsch guilty of a $11 million fraud involving numerous lies and deceptions on his part, as well as engaging in various forms of money laundering and the like to try to cover his tracks. Mr. Rinsch was sentenced on June 29, 2026, to a prison term of thirty months and was ordered to surrender for service of his sentence no later than 2:00 p.m. on September 1, 2026.

Very belatedly, Mr. Rinsch moved, through a letter brief submitted by newly-retained counsel on August 24, 2026, see ECF No. 111, seeking adjournment of his surrender date, purportedly so that he can bring a habeas petition asserting that his trial counsel was ineffective for failing to file a notice under Rule 12.2(b) of the Federal Rules of Criminal Procedure asserting a possible defense of mental disability. The Government filed a letter in response on August 27, 2026, see ECF No. 114, and Mr. Rinsch filed a reply on August 28, 2026, see ECF No. 115.

Having carefully considered the submissions and all the prior proceedings, the Court denies the motion, for each and all of the grounds set forth in the Government's letter of August 27, 2026, which are hereby incorporated by reference. Among much else, the Court takes note of the irony that Mr. Rinsch earlier demanded that his first appointed attorney be removed on the ground that that attorney had, improperly and without Mr. Rinsch's consent, sought to file a Rule 12.2(b) notice when Mr. Rinsch, as he repeatedly stated, was "mentally fit"! Transcript, August 19, 2026 (under seal). The Court granted that application and appointed new counsel, who Mr. Rinsch now purports to claim was ineffective for failing to file that very notice that he previously vehemently objected to.

In addition to all the many grounds for denying Mr. Rinsch's motion, as detailed in the Government's letter, the Court is also troubled that the purportedly-indigent Mr. Rinsch has imposed on his own mother to "lend" him $234,352.25 (a loan improperly kept secret from U.S. Probation) so that he can afford to hire new counsel and thereby seek to postpone his day of reckoning. See U.S. Probation Violation Memorandum, August 28, 2026 (provided to defense counsel and the Government). This violation is consistent with what the Court has observed throughout these proceedings: that Mr. Rinsch's only mental "disabilities" are his calculated dishonesty and his readiness to take advantage for his selfish and illicit purposes of all who are near to him, whether it be his associates, his ex-wife, or his mother. It is time for Mr. Rinsch to accept his own responsibility.

The Court denies Mr. Rinsch's motion and re-affirms its order that he report to the designated institution for service of his sentence by no later than 2:00 p.m. on September 1, 2026. The Clerk of the Court is respectfully directed to close ECF No. 111.

SO ORDERED.

New York, NY
August 31, 2026

JED S. RAKOFF, U.S.D.J.