UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | EX PARTE ORDER |
| -against- | : | IND. NO. 25-CR-85 (JSR) |
| CARL RINSCH, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

JED S. RAKOFF, DISTRICT COURT JUDGE:

WHEREAS, Murray Singer has been appointed by the United States Court of Appeals for the Second Circuit to represent Carl Rinsch on his appeal from the judgment issued in the instant case, and

WHEREAS, the transcript of the August 19, 2025 status conference before this Court has been sealed, in whole or in part, and

WHEREAS, Murray Singer seeks to review the transcript of the August 19, 2025 status conference to determine its relevance, if any, to possible appellate issues,

IT IS HEREBY ORDERED that the transcript of the August 19, 2025 conference can be shared with Murray Singer in his capacity as Mr. Rinsch's appellate counsel.

Dated: New York, New York
September 4, 2026

SO ORDERED:

Jed S. Rakoff
United States District Court Judge